UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE PUDA COAL SECURITIES INC.,         :      11cv2598 (DLC)
et al. LITIGATION                        :      and all member and
                                         :      related cases
This document relates to: ALL ACTIONS.   :
                                         :           ORDER
---------------------------------------- X
                                         :
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :
                                         :      15cv2304 (DLC)
              Plaintiff,                 :
        -v-                              :
                                         :
MAQUARIE CAPITAL (USA) INC., ET AL.,     :
                                         :
              Defendants.                :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On November 22, 2016, a telephone conference was held with

lead counsel for the plaintiffs and counsel for defendant Moore

Stephens, P.C. ("MSPC") regarding the plaintiffs' motion for

preliminary approval of a proposed class-action settlement with

MSPC.  Accordingly, it is hereby

2

ORDERED that the plaintiffs shall submit, by December 2, a supplemental memorandum of law with revised proposed notices, as well as a supplemental preliminary approval order to reflect these revisions.  The plaintiffs shall hand-deliver a courtesy copy of these submissions no later than December 2.

Dated:     New York, New York
           November 22, 2016

                                    _____
                                    DENISE COTE
                                    United States District Judge